STATE OF CONNECTICUT *v.* SAMUEL R. BELL

The motion by Robert K. Walsh, special public defender, to withdraw his appearance in the appeal from the Superior Court in New Haven County is granted.

Argued March 1—decided March 1, 1966

TRIANGLE SHEET METAL WORKS, INC., ET AL. *v.* JACOB M. SILVER ET AL.

The motion by the plaintiffs to dismiss so much of the appeal from the Superior Court in Hartford County as relates to the judgment granting an injunction is denied.

*Louise H. Hunt,* for the appellees (plaintiffs).

*Milton Sorokin,* for the appellants (defendants).

Argued March 1—decided March 1, 1966

STATE EX REL. COLLIN BENNETT *v.* WILLIAM E. GLYNN ET AL.

The motion by Leo C. Mazotas to withdraw his appearance in the appeal from the Superior Court in Hartford County is granted.